DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INDEPENDENCE II HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 9229 MILLIKAN AVE; MILLIKAN AVENUE TRUST,<br><br>    Defendants. | Case No.: 2:15-cv-02151-JAD-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO SATICOY'S MOTION TO DISMISS (FIRST REQUEST)**<br><br>ECF Nos. 75, 76<br><br>**AND**<br><br>**STIPULATION TO EXTEND DEADLINE TO RESPOND TO INDEPENDENCE II'S MOTION TO DISMISS (FIRST REQUEST)** |

Plaintiff Nationstar Mortgage LLC and defendants Independence II Homeowners Association, Saticoy Bay LLC Series 9229 Millikan Ave, and Millikan Avenue Trust stipulate that the deadline to respond to Independence and Saticoy's motions to dismiss should be extended two weeks, to November 26, 2018.

//

//

//

//

//

//

//

1

46944519;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Good cause exists for the extension because Nationstar's attorneys' schedules have made it difficult to complete the response briefs and obtain all necessary approvals before the current deadline of November 12, 2018. This stipulation is not made for purposes of unnecessary delay and will not significantly delay the outcome of the case, since it leaves the discovery and dispositive motions deadlines unchanged.

DATED this 9th day of November, 2018.

| **AKERMAN LLP**<br><br>*/s/ Vatana Lay*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Nationstar Mortgage LLC* | **LAW OFFICE OF MICHAEL F. BOHN**<br><br>*/s/ Michael F. Bohn*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074<br><br>*Attorneys for Saticoy Bay LLC, Series 9229 Millikan Avenue and Millikan Avenue Trust* |
|---|---|
| **GORDON REES SCULLY MANSUKHANI LLP**<br><br>*/s/ Wing Yan Wong*<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>WING YAN WONG, ESQ.<br>Nevada Bar No. 13622<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Independence II Homeowners' Association* | |

## ORDER

**IT IS SO ORDERED:**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 14, 2018

2

46944519;1