Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
HOLLAND & HART LLP
9555 Hillwood Drive
2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600

Email: speek@hollandhart.com
rlwise@hollandhart.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-cv-02151-JAD-NJK |
| Plaintiff, | |
| vs. | **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |
| INDEPENDENCE II HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC, SERIES 9229 MILLIKAN AVE; MILLIKAN AVENUE TRUST, | |
| Defendants. | |
| AND RELATED CLAIMS. | |

Pursuant to LR IA 11-6, Rachel L. Wise, Esq., requests an Order from this Court removing her from all service lists, including the court's electronic notification list, in the above-captioned case.

/ / /

/ / /

/ / /

/ / /

/ / /

Ms. Wise is no longer employed by Gordon Rees Scully Mansukhani, LLP.

DATED this 16th day of November, 2018.

                                        HOLLAND & HART LLP

                                        */s/ Rachel L. Wise*
                                        Stephen Peek, Esq., Nevada Bar No. 1758
                                        Rachel L. Wise, Esq., Nevada Bar No. 12303
                                        9555 Hillwood Drive, 2nd Floor
                                        Las Vegas, Nevada 89134

**IT IS SO ORDERED**

United States Magistrate Judge

DATED: November 19, 2018