DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>INDEPENDENCE II HOMEOWNERS ASSOCIATION; MILLIKAN BAY LLC, SERIES 9229 MILLIKAN AVE; MILLIKAN AVENUE TRUST,<br><br>    Defendants. | Case No.: 2:15-cv-02151-JAD-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

**TO: ALL PARTIES OF RECORD AND THEIR COUNSEL:**

PLEASE TAKE NOTICE that plaintiff Nationstar Mortgage LLC hereby provides notice that Christine M. Paravan, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

47166232;1

1

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC in this action. All future correspondence, papers and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and Vatana Lay, Esq.

DATED this 5th day of December, 2018

**AKERMAN LLP**

*/s/ Vatana Lay*
_____
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: December 6, 2018

_____
UNITED STATES MAGISTRATE JUDGE

2

47166232;1