1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  VATANA LAY, ESQ.
   Nevada Bar No. 12993
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
6  Email: vatana.lay@akerman.com

7  *Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENCE II HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 9229 MILLIKAN AVE; MILLIKAN AVENUE TRUST,<br><br>Defendants. | Case No.: 2:15-cv-02151-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and defendants Independence II Homeowners Association, Saticoy Bay LLC, Series 9229 Millikan Ave (**Saticoy**), and Millikan Avenue Trust (**Millikan**) (collectively **Parties**) stipulate as follows:

1. Nationstar filed its countermotion for partial summary judgment on November 13, 2018. [ECF No. 78]. Saticoy and Millikan filed their response on December 4, 2018. [ECF No. 88]. Nationstar's reply is currently due on December 18, 2018.

2. The Parties hereby stipulate and agree Nationstar shall have until **January 18, 2019** to file its reply in support of its countermotion for partial summary judgement.

///

///

///

1

47179892;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3. The Parties do not seek the requested extension for purposes of undue delay, prejudice, or in bad-faith, but solely to provide Nationstar's counsel with an opportunity to adequately brief the issues to this Court and accommodate the conflicts in counsel's schedule due to the holidays.

DATED this 10th day of December, 2018.

| **AKERMAN LLP**<br><br>*/s/ Vatana Lay*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Nationstar Mortgage LLC* | **GORDON REES SCULLY MANSUKHANI LLP**<br><br>*/s/ Wing Yan Wong*<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>WING YAN WONG, ESQ.<br>Nevada Bar No. 13622<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Independence II Homeowners' Association* |
|---|---|
| **MICHAEL F. BOHN, ESQ., LTD.**<br><br>*/s/ Michael F. Bohn*<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorneys for Saticoy Bay LLC, Series 9229 Millikan Ave and Millikan Avenue Trust* | |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: December 11, 2018.

2

47179892;1