DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:15-cv-02151-JAD-NJK |
| Plaintiff, | **MOTION TO REMOVED ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| v. | |
| INDEPENDENCE II HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 9229 MILLIKAN AVE; MILLIKAN AVENUE TRUST, | |
| Defendants. | |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Nationstar Mortgage LLC, hereby provides notice that Vatana Lay, Esq. is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

47548063;1

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC, in this action. All items including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and William S. Habdas, Esq.

DATED this 16th day of January, 2019

**AKERMAN LLP**

*/s/ William S. Habdas*
Darren T. Brenner, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: January 17, 2019

_____
UNITED STATES MAGISTRATE JUDGE

(

2

47548063;1