DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENCE II HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 9229 MILLIKAN AVE; MILLIKAN AVENUE TRUST,<br><br>Defendants. | Case No.: 2:15-cv-02151-JAD-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO OPPOSE SATICOY AND MILLIKAN'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and defendants Saticoy Bay LLC, Series 9229 Millikan Ave (**Saticoy**), and Millikan Avenue Trust (**Millikan**) stipulate as follows:

1. Saticoy and Millikan moved for summary judgment on February 11, 2019. (ECF No. 98.) Nationstar's response deadline is currently twenty-one days later, on March 4, 2019.

2. The parties hereby stipulate and agree Nationstar shall have until **March 18, 2019**, to oppose Saticoy and Millikan's motion for summary judgment.

///

///

///

///

1

47914766;1

3. The Parties do not seek the requested extension for purposes of undue delay, prejudice, or in bad-faith, but solely to provide Nationstar's counsel with an opportunity to adequately brief the issues to this Court.

DATED this 18th day of February 2019.

| **AKERMAN LLP** | **MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/ William S. Habdas* | */s/ Michael F. Bohn* |
| DARREN T. BRENNER, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 8386 | Nevada Bar No. 1641 |
| WILLIAM S. HABDAS, ESQ. | ADAM R. TRIPPIEDI, ESQ. |
| Nevada Bar No. 13138 | Nevada Bar No. 12294 |
| 1635 Village Center Circle, Suite 200 | 2260 Corporate Circle, Suite 480 |
| Las Vegas, NV 89134 | Henderson, NV 89074 |
| *Attorneys for Nationstar Mortgage LLC* | *Attorneys for Saticoy Bay LLC, Series 9229 Millikan Ave and Millikan Avenue Trust* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
Dated: February 19, 2019.

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572