1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

12 | NATIONSTAR MORTGAGE LLC,

Plaintiff,

v.

INDEPENDENCE II HOMEOWNERS ASSOCIATION; SATICOY BAY LLC, SERIES 9229 MILLIKAN AVE; MILLIKAN AVENUE TRUST,

Defendants.

SATICOY BAY LLC, SERIES 9229 MILLIKAN AVE,

Counter Claimant,

v.

NATIONSTAR MORTGAGE LLC,

Counter Defendant.

Case No.: 2:15-cv-02151-JAD-NJK

**MOTION TO REMOVE ATTORNEY FROM THE ELECTRONIC SERVICE LIST**

///
///

59696923;1

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Darren T. Brenner Esq. and Vatana Lay, Esq. are no longer associated with the law firm of Akerman LLP and requests that Mr. Brenner and Mr. Lay be removed from the service list

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and Lilith V. Xara, Esq.

DATED this 30th day of August 2021.

AKERMAN LLP

/s/ *Lilith V. Xara*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Nationstar Mortgage LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: August 31, 2021

2

59696923;1